UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genise N. Forbes,

    Plaintiff,

—v—

Casa Azul Group, Inc. et al.,

    Defendants.

19-cv-6961 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 15, 2019, the parties filed an unsigned proposed case management plan. Dkt. No. 15-1. By November 20, 2019, they shall file a signed proposed case management plan.

SO ORDERED.

Dated: November 19, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge