UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genise N. Forbes,

        Plaintiff,

—v—

Casa Azul Group, Inc., *et al.*,

        Defendants.

19-cv-6961 (AJN)

ORDER

JAN 2 8 2020

ALISON J. NATHAN, District Judge:

    According to the December 2, 2019 Civil Case Management Plan and Scheduling Order, Dkt. No. 18, the parties in the above-captioned action were required to advise the Court by joint letter on or before January 21, 2020 whether they would seek referral to the Southern District's Mediation Program. As of the date of this Order, the Court has received no such submission. The parties are hereby ORDERED to file the above-referenced joint letter no later than February 3, 2020.

    SO ORDERED.

Dated: January 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge