UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genise N. Forbes,

        Plaintiff,

—v—

Casa Azul Group, Inc et al,
        Defendants.

19 CV 06961 (AJN)

ORDER

FEB 2 1 2020

ALISON J. NATHAN, District Judge:

Due to the Court's unavailability, the post discovery conference previously scheduled for Friday, April 10, 2020 at 3:45 p.m. is hereby adjourned to Thursday, April 23, 2020 at 3:30 p.m.

SO ORDERED.

Dated: Feb 21, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1