UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genise N. Forbes,

          Plaintiff,

   –v–

Casa Azul Group, Inc. et al.,

          Defendants.

19-cv-6961 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On April 13, 2020, the Court ordered the parties to submit a joint status letter on ECF no later than seven days prior to the post-discovery conference scheduled for April 23, 2020. *See* Dkt. Nos. 22, 23. As of the date of this Order, the Court is not in receipt of the parties' joint letter. Accordingly, the parties shall submit the joint status letter required by Dkt. No. 23 by no later than 5:00 p.m. on April 21, 2020.

      SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge