UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genise N. Forbes,

                Plaintiff,

     –v–

Casa Azul Group, Inc. et al.,

                Defendants.

19-cv-6961 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the memo endorsement dated April 22, 2020, *see* Dkt. No. 26, the parties were to submit a proposed amended case management plan by April 27, 2020.

    As of the date of this Order, the Court is not in receipt of the parties' proposed amended case management plan. Accordingly, the parties shall submit their proposed amended case management plan by no later than May 15, 2020.

    SO ORDERED.

Dated: May 8, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge